EBB CORPORATION (DARE CONCRETE, INC.) v. NANCY GLIDDEN AND NAN-
CY GLIDDEN T/A FIRST FLIGHT CONCRETE

No. 601A87

(Filed 6 April 1988)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from
the decision of a divided panel of the Court of Appeals, 87 N.C.
App. 366, 360 S.E. 2d 808 (1987), which affirmed the judgment of
*Llewellyn, J.,* at the 2 September 1986 Session of Superior Court,
DARE County. Heard in the Supreme Court 16 March 1988.

*Aycock, Spence & Graham, by W. Mark Spence, for plaintiff
appellee.*

*Trimpi, Thompson & Nash, by C. Everett Thompson, II and
John G. Trimpi, for defendant appellant.*

PER CURIAM.

For reasons stated in the dissenting opinion of Becton, Judge,
the decision of the Court of Appeals is reversed. The case is
remanded to that court for remand to the Superior Court, Dare
County, for further proceedings consistent with this opinion.

Reversed and remanded.